# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VERONICA PRICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, et al., <br><br> Defendants. | No. 16-cv-8268 <br><br> Hon. Amy J. St. Eve |

## JOINT MOTION FOR DISMISSAL

Plaintiffs Veronica Price, Anna Marie Scinto Mesia, David Bergquist, Ann Scheidler, Pro-Life Action League and The Live Pro-Life Group (collectively, "Plaintiffs"), and Defendants City of Chicago, Rahm Emanuel, Rebekah Scheinfeld, and Eddie T. Johnson, (collectively, "Defendants"), by their attorneys, respectfully request that the Court enter an Order dismissing Plaintiffs' remaining claims with prejudice. In support of this Motion, the parties state:

1. Plaintiffs and Defendants have executed a settlement agreement.

2. Pursuant to the terms of their settlement agreement, Plaintiffs and Defendants respectfully request that the Court (a) enter final judgment on Plaintiffs' facial challenges in accordance with the Court's January 4, 2017 Order, and (b) dismiss, with prejudice, Plaintiffs' remaining claims.

**WHEREFORE**, the parties respectfully request that the Court enter final judgment in this matter in accordance with the Court's January 4, 2017 Order, and dismiss Plaintiffs' remaining claims with prejudice.

Dated: May 30, 2017

Respectfully submitted,

| **Attorneys for Defendants** | **Attorneys for Plaintiffs** |
|---|---|
| EDWARD N. SISKEL, | Thomas More Society |
| Corporation Counsel for the City of Chicago | |
| | By: /s/ Thomas Olp |
| By: /s/ Margaret Sobota | THOMAS BREJCHA |
| Assistant Corporation Counsel | tbrejcha@thomasmoresociety.org |
| | THOMAS OLP |
| ANDREW WORSECK | tolp@thomasmoresociety.org |
| Andrew.Worseck@cityofchicago.org | 19 S. LaSalle, Suite 603 |
| THOMAS P. MCNULTY | Chicago, Illinois 60603 |
| Thomas.McNulty@cityofchicago.org | (312) 782-1680 |
| MARGARET SOBOTA | |
| Maggie.Sobota@cityofchicago.org | |
| City of Chicago, Department of Law | STEPHEN M. CRAMPTON* |
| Constitutional and Commercial | smcrampton@hotmail.com |
|   Litigation Division | PO Box 4506 |
| 30 North LaSalle Street, Suite 1230 | Tupelo, MS 38803 |
| Chicago, Illinois 60602 | (662) 255-9439 |
| (312) 744-7129 / 742-0307 / 742-0260 | |
| | *Admitted pro hac vice |

## CERTIFICATE OF SERVICE

I, Margaret Sobota, an attorney, hereby certify that on this, the 30th day of May, 2017, I caused a copy of the foregoing document to be filed electronically with the Court. Notice of these filings will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access these filings through the Court's electronic filing system.

/s/ Margaret Sobota