# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Veronica Price et al.,

Plaintiff(s),

v.

City of Chicago et al.,

Defendant(s).

Case No. 16 C 8268
Judge Amy J. St. Eve

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants on Plaintiffs' facial challenges, which the Court dismissed in its January 4, 2017 Memorandum Opinion and Order [29]. Plaintiffs' remaining as-applied claims are dismissed with prejudice per the parties' joint motion for dismissal [54].

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on a motion to dismiss.

Date: 5/31/2017                              Thomas G. Bruton, Clerk of Court

                                             Katie Franc , Deputy Clerk